| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Acker, Jr., William M | 2. Court or Organization Northern District Alabama | 3. Date of Report 5/4/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address U.S. District Court 1729 - 5th Avenue North Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Deerfoot Syndicate |
| 2. Partner | Deerfoot Group |
| 3. Director Emeritus | YMCA of Birmingham |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY -9 A 10: 17 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Sales of books authored by spouse | 0.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acker, Jr., William M | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Deerfoot Group (partnership) | E | Dividend | P1 | W | | | | | |
| 2. The Deerfoot Syndicate (partnership) | B | Dividend | N | W | | | | | |
| 3. Waterford Group (partnershp) | D | Dividend | N | W | | | | | |
| 4. Morgan-Stanley-Dean Witter (liquid assets) | C | Interest | O | T | | | | | |
| 5. Microsoft Corp | A | Dividend | L | T | | | | | |
| 6. Johnson & Johnson | A | Dividend | | | Sell | 7/15 | K | D | |
| 7. News Corporation | A | Dividend | K | T | | | | | |
| 8. Clear Channel Comm. | A | Dividend | J | T | | | | | |
| 9. Boeing Co | A | Dividend | J | T | | | | | |
| 10. Applied Materials | A | Dividend | | | Sell | 7/15 | J | A | |
| 11. Canon | A | Dividend | J | T | | | | | |
| 12. Conoco-Phillips | A | Dividend | J | T | | | | | |
| 13. Cisco | A | Dividend | J | T | | | | | |
| 14. Koninklighe Phil | A | Dividend | | | Sell | 7/15 | J | A | |
| 15. J.P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 16. Chevron-Texaco | A | Dividend | J | T | | | | | |
| 17. CVS | A | Dividend | J | T | | | | | |
| 18. Nestle | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acker, Jr., William M | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fannie Mae | | | | | Buy | 7/15 | J | | |
| 20. Abbott Labs | | | | | Buy | 7/15 | J | | |
| 21. Alcan, Inc. | | | | | Buy | 7/15 | J | | |
| 22. America Movel SA | | | | | Buy | 7/15 | J | | |
| 23. Basf AG SPA DR | | | | | Buy | 7/15 | J | | |
| 24. Unibanco GDS | | | | | Buy | 7/15 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Acker, Jr., William M | 5/4/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Acker, Jr., William M | 5/4/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5/4/2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544